IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| **DAN PURJES**, an individual and resident of the State of Utah, and Trustee of **PURJES FOUNDATION**, <br><br>      Plaintiff and Counterclaim Defendant, <br>v. <br><br>**DIGINEXT, LLC**, a Delaware Limited Liability Company, <br><br>      Defendant and Counterclaimant, <br>v. <br><br>**EATING YOU ALIVE, LLC**, a Tennessee Limited Liability Company, <br><br>      Third-Party Defendant. | **MEMORANDUM DECISION AND ORDER** <br><br>Case No. 2:17-CV-1190 <br><br><br>Judge Clark Waddoups |

      This matter is before the court on a Motion for Summary Judgment filed by Plaintiff Dan Purjes and a Motion to Dismiss Eating You Alive, LLC's counterclaim filed by Defendant Diginext, LLC. A hearing on the motions was held before the Honorable Clark Waddoups on May 3, 2018. Gregory D. Phillips and Jared L. Cherry appeared on behalf of Plaintiff and Third-Party Defendant and Evan S. Strassberg appeared on behalf of Defendant and Counterclaimant. After due consideration of the parties' filings and oral arguments, and otherwise being fully advised,

      IT IS HEREBY ORDERED, for the reasons stated on the record, that Plaintiff's Motion for Summary Judgment (ECF No. 39) is GRANTED. Plaintiff is awarded a Declaratory

Judgment that the Purjes Foundation has all rights in the Film Eating You Alive and that

Diginext has no rights in the film. In light of this ruling, Defendant and Counterclaimant

Diginext's counterclaims against Plaintiff and Third-Party Defendant Eating You Alive, LLC are

DISMISSED as MOOT. Defendant and Counterclaimant Diginext's Motion to Dismiss Third-

Party Defendant Eating You Alive, LLC's counterclaims (ECF No. 42) is GRANTED for lack of

Article III standing. These counterclaims are dismissed without prejudice. The court directs the

Clerk of Court to close this case.

DATED this 4th day of May, 2018.

BY THE COURT:

Clark Waddoups
United States District Court Judge